# IN THE UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** | ) |
| 6824 Lexington Avenue | ) |
| Los Angeles, CA 90038 | ) |
| | ) |
| **BUZZFEED INC.,** | ) |
| 111 East 18th Street, 13th Floor | ) |
| New York, NY 10003 | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) |
| 950 Pennsylvania Ave NW | ) |
| Washington, DC 20530 | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

1.      Plaintiffs, JASON LEOPOLD and BUZZFEED INC., bring this Freedom of Information Act suit to force U.S. DEPARTMENT OF JUSTICE and its components to produce various records regarding former President Trump's efforts to overturn the results of the 2020 Presidential Election.  In violation of FOIA, Defendant has failed to issue determinations within the statutory deadlines and have not promptly produced the requested records.

## PARTIES

2.      Plaintiffs JASON LEOPOLD and BUZZFEED INC. are members of the media and made the FOIA requests at issue in this case.

3.      Defendant U.S. DEPARTMENT OF JUSTICE ("DOJ") is a federal agency and subject to the Freedom of Information Act, 5 U.S.C. § 552.

**JURISDICTION AND VENUE**

4.      This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question

conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

5.      Venue is proper under 5 U.S.C. § 552(a)(4)(B).

**JANUARY 27, 2021, FOIA REQUEST TO DOJ AND ITS COMPONENTS**

6.      On January 27, 2021, Plaintiffs submitted the following request to the DOJ and its

14 components:

[1] All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, referring or relating to meetings between then- President Trump and then-Acting Attorney General Jeffrey Rosen and follow-up calls and meetings between President Trump and Mr. Rosen between December 15, 2020 and January 19, 2021 mentioning or referring to the 2020 election and the election results in the state of Georgia, Pennsylvania and Arizona and any other state;

[2] All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, from former Attorney General William Barr mentioning or referring to President Trump's attempts to overturn the election results in Georgia, Arizona and Pennsylvania;

[3] All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, referring or relating to complaints President Trump made to Justice Department leaders regarding then-U.S. Attorney Byung J. Pak prior to Mr. Pak's resignation;

[4] All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, referring or related to a reported draft letter that Jeffrey Bossert Clark prepared and requested be sent to Georgia state legislators; and a copy of Mr. Clark's draft letter;

[5] All calendar entries, notes, memos, emails and text messages sent and received, including attachments, by Jeffrey Bossert Clark, between November 1, 2020 and January 20, 2021;

[6] All documents and communications, including emails sent and received and attachments, memos, talking points, text messages, and calendar entries, referring or related to a reported January 3, 2021 White House meeting involving Mr. Clark and Mr. Rosen;

[7] The call logs and briefing books for the directors of each Department of Justice component this request is addressed. Please limit this search to November 9 through January 20, 2021;

[8] All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, from Assistant Attorney General for the Office of Legal Counsel Steven Engel referring or relating to meetings between then- President Trump and then-Acting Attorney General Jeffrey Rosen and discussions between Mr. Rosen and Jeffrey Bossert Clark involving the 2020 election and the election results in Georgia;

[9] All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, relating or referring to discussions and plans to install Jeffrey Bossert Clark as Acting Attorney General and discussions documented in any of the above communications mentioning or referring to mass resignations at the Department. The timeframe for this part of the search is November 1, 2020 through January 20, 2021; [and]

[10] All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, from Solicitor General Noel Francisco mentioning referring or related to the 2020 election, President Donald Trump's attempts to overturn the results, the election results in Georgia, Pennsylvania and Arizona and the Supreme Court.

Plaintiffs also requested that a search for emails includes any emails sent or received from the "eop.gov" domain.  Exhibits 1-2.

7.      For the Office of the Attorney General, Office of the Deputy Attorney General, Office of Public Affairs, Office of Legislative Affairs, and Office of Legal Policy, Plaintiffs submitted an identical request through FOIA Star.  Exhibit 2.

8.      Of the 14 components, the following 13 DOJ components are at issue in this lawsuit: Civil Division; Civil Rights Division; Criminal Division; Environment and Natural Resources Division; Executive Office for U.S. Attorneys; National Security Division; Office of Legal Counsel; Office of Legal Policy; Office of Legislative Affairs; Office of Public Affairs;

Office of the Attorney General; Office of the Deputy Attorney General; and Office of the Solicitor General.

9.     This lawsuit does not concern Plaintiffs' request to Justice Management Division.

10.    Plaintiffs sought expedited processing.  Exhibit 1-2.

11.    On January 27, 2021, DOJ's Civil Division acknowledged receipt of the request, assigned reference number 145-FOI-17597 to the matter, and granted expedited processing of the request.  Exhibit 3.

12.    On February 3, 2021, DOJ's Environment and Natural Resources Division ("ENRD") acknowledged receipt of the request, assigned reference number 2021-05474 to the matter, and granted expedited processing of the request.  Exhibit 4.

13.    ENRD also stated that it is "unable to process" the request within the 20-business-day time limit due to "'unusual circumstances' as defined in 5 U.S.C. § 552(a)(6)(B)(iii)." ENRD added that it does not have an estimated completion date for the request, but anticipates that it "could require more than ten additional working days." *Id.*

14.    On February 3, 2021, DOJ's Office of Information Policy ("OIP") acknowledged receipt of the request on behalf of five components—Office of the Attorney General, Office of the Deputy Attorney General, Office of Public Affairs, Office of Legal Policy, and Office of Legislative Affairs—and assigned reference number FOIA-2021-00660 to the matter.  Exhibit 5.

15.    OIP also granted expedited processing of the request.  *Id.*

16.    OIP further stated that the request falls within "unusual circumstances" (*see* 5 U.S.C. § 552(a)(6)(B)(i)-(iii)) and informed Plaintiffs that the "time needed to process" the request will "necessarily depend" on the complexity of the search in addition to the volume and complexity of any records located.  *Id.*

- 4 -

17.     On February 5, 2021, DOJ's Criminal Division acknowledged receipt of the request, assigned reference number CRM-301617456 to the matter, granted expedited processing, and extended the time limit to respond by ten additional days due to "unusual circumstances" (*see* 5 U.S.C. § 552(a)(6)(B)(i)-(iii)).  Exhibit 6.

18.     On February 5, 2021, DOJ's Office of Legal Counsel ("OLC") acknowledged receipt of the request, assigned reference number FY21-084, granted expedited processing of the request, and stated that it likely is "unable to comply with the twenty-day statutory deadline" for responding to the request.  Exhibit 7.

19.     The four remaining DOJ components—Office of the Solicitor General; Civil Rights Division; Executive Office of U.S. Attorneys; and National Security Division—have not acknowledged the receipt of the request and did not issue a determination on Plaintiffs' request for expedited processing.

20.     As of the date of this Complaint, DOJ and its components have not issued a determination or produced any records.

**COUNT I – DOJ'S FOIA VIOLATION:**
**FAILURE TO ISSUE A DETERMINATION OR PRODUCE RECORDS**

21.     The above paragraphs are incorporated herein.

22.     The requests seek the disclosure of agency records and were properly made.

23.     DOJ and its thirteen components are federal agencies or components of federal agencies, subject to FOIA.

24.     The requested records are not exempt under FOIA.

25.     DOJ and its components have failed to issue a determination within twenty business days or produce the records responsive to the request as soon as practicable.

**WHEREFORE**, Plaintiffs ask the Court to:

i.      declare that DOJ has violated FOIA;

ii.      order DOJ to conduct a reasonable search for records and to produce the
        requested records;

iii.     enjoin DOJ from withholding non-exempt public records under FOIA;

iv.      award Plaintiffs attorneys' fees and costs; and

v.       award such other relief the Court considers appropriate.


Dated:  March 24, 2021

                                        RESPECTFULLY SUBMITTED,

                                        /s/ *Matthew V. Topic*

                                        Attorney for Plaintiffs
                                        JASON LEOPOLD,
                                        BUZZFEED INC.

                                        Matthew Topic, D.C. Bar No. IL 0037
                                        Joshua Burday, D.C. Bar No. IL 0042
                                        Merrick Wayne, D.C. Bar No. IL 0058
                                        LOEVY & LOEVY
                                        311 North Aberdeen, 3rd Floor
                                        Chicago, IL 60607
                                        312-243-5900
                                        foia@loevy.com