Gmail

Jason Leopold <jasonleopold@gmail.com>

---

# Request for records under the Freedom of Information Act
8 messages

---

**Jason Leopold** <jasonleopold@gmail.com>                      Wed, Jan 27, 2021 at 12:00 PM
Reply-To: jasonleopold@gmail.com
To: "USDOJ-Office of Legal Counsel (SMO)" <usdoj-officeoflegalcounsel@usdoj.gov>, "USAEO-FOIA Requests (USA)"
<usaeo.foia.requests@usdoj.gov>, "JMDFoia (JMD)" <JMDFOIA@usdoj.gov>, OSGFOIA@usdoj.gov,
Civil.routing.FOIA@usdoj.gov, "Civil.routing" <civfoia@civ.usdoj.gov>, CRM FOIA <CRM.FOIA@usdoj.gov>, CRM FOIA
<CRM.FOIA@crm.usdoj.gov>, FOIARouting.ENRD@usdoj.gov, "NSDFOIA (NSD)" <NSDFOIA@usdoj.gov>

Office of the Solicitor General

Office of the Attorney General

Office of the Deputy Attorney General

Executive Office of US Attorneys

Civil Rights Division/Civil Division

Office of Legal Counsel

Office of Public Affairs

Office of Legal Policy

Office of Legislative Affairs

Criminal Division

National Security Division

This is a request for records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C.
§ 552a. This request should be considered under both statutes to maximize the release of records. This request seeks
expedited processing.

REQUESTER INFORMATION
Name: Jason Leopold
Position: Investigative Reporter
Address: 1669 Benedict Canyon Dr., Beverly Hills, CA 90210
Email: jasonleopold@gmail.com

I request disclosure of the following records from the Department of Justice components this request is addressed to:

1. All documents and communications, including emails sent and received and any attachments, text messages,
directives, memos, talking points, notes, and calendar entries, referring or relating to meetings between then- President
Trump and then-Acting Attorney General Jeffrey Rosen and follow-up calls and meetings between President Trump and
Mr. Rosen between December 15, 2020 and January 19, 2021 mentioning or referring to the 2020 election and the
election results in the state of Georgia, Pennsylvania and Arizona and any other state.
2. All documents and communications, including emails sent and received and any attachments, text messages,
directives, memos, talking points, notes, and calendar entries, from former Attorney General William Barr mentioning or
referring to President Trump's attempts to overturn the election results in Georgia, Arizona and Pennsylvania.
3. All documents and communications, including emails sent and received and any attachments, text messages,
directives, memos, talking points, notes, and calendar entries, referring or relating to complaints President Trump made to
Justice Department leaders regarding then-U.S. Attorney Byung J. Pak prior to Mr. Pak's resignation.
4. All documents and communications, including emails sent and received and any attachments, text messages,
directives, memos, talking points, notes, and calendar entries, referring or related to a reported draft letter that Jeffrey
Bossert Clark prepared and requested be sent to Georgia state legislators; and a copy of Mr. Clark's draft letter.
5. All calendar entries, notes, memos, emails and text messages sent and received, including attachments, by Jeffrey

Bossert Clark, between November 1, 2020 and January 20, 2021.

6. All documents and communications, including emails sent and received and attachments, memos, talking points, text messages, and calendar entries, referring or related to a reported January 3, 2021 White House meeting involving Mr. Clark and Mr. Rosen.

7. The call logs and briefing books for the directors of each Department of Justice component this request is addressed. Please limit this search to November 9 through January 20, 2021.

8. All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, from Assistant Attorney General for the Office of Legal Counsel Steven Engel referring or relating to meetings between then- President Trump and then-Acting Attorney General Jeffrey Rosen and discussions between Mr. Rosen and Jeffrey Bossert Clark involving the 2020 election and the election results in Georgia.

9. All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, relating or referring to discussions and plans to install Jeffrey Bossert Clark as Acting Attorney General and discussions documented in any of the above communications mentioning or referring to mass resignations at the Department. The timeframe for this part of the search is November 1, 2020 through January 20, 2021.

10. All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, from Solicitor General Noel Francisco mentioning referring or related to the 2020 election, President Donald Trump's attempts to overturn the results, the election results in Georgia, Pennsylvania and Arizona and the Supreme Court.

Please be sure all email searches includes a search for any emails sent and received from the eop.gov domain.

Details related to the above requests have been reported in The New York Times, The Wall Street Journal and The Washington Post.

EXPEDITED PROCESSING
I ask that my request be given expedited processing because there is an urgency to inform the public about an actual or alleged federal government activity, and I am a person primarily engaged in disseminating information.

As senior investigative reporter at BuzzFeed News, I am a full-time member of the news media. I therefore quality as a person primarily engaged in disseminating information.

An unprecedented crisis is brewing as is the peaceful transfer of power in this country. The president of the United States incited a mob to attack the US capitol building during a protest in Washington, DC on January 6, 2021 where he falsely claimed the 2020 election was stolen from him. Six people were killed in the riots. NOW, it has been revealed that aside from parroting conspiracy theories, former President Donald Trump attempted to use the Department of Justice to overturn the will of the people and the election results in the state of Georgia by orchestrating what can only be described as a coup. According to published news reports, former President Trump intended to install Jeffrey Bossert Clark as acting attorney general who reportedly would have carried out his wishes and attempted to declare Trump as the winner of the election. News reports claimed that this resulted in a hastily arranged meeting at the White House where there were threats of mass resignations.

Former President Trump has already been impeached a second time. The details of these potentially illegal discussions would be relevant to the upcoming Senate trial against the former president and are needed on an expedited basis so that I can inform the public. But aside from that, this reported abuse of power raises crucial questions about the Justice Department's handling of abuses by the former President of the United States.

Additionally, and directly related to this incident, there are new reports that armed militias are planning more violence related to 2020 election. On Wednesday, January 27, 2021, DHS issued a new terrorism bulletin warning for the potential of violence by people who still dispute the results of the election and the presidency of Joseph Biden.

The public needs to know urgently how close Donald Trump came to a coup and how deeply involved the Justice Department was in those efforts.

These records are not being requested for commercial purposes.
BuzzFeed News is a global news organization with more than 100 journalists stationed in North America, South America, Europe, Asia and the Pacific. BuzzFeed News has been recognized as a representative of the news media for fee assessment purposes by every federal agency that has received our FOIA requests. Thank you for your consideration of this request.

I certify the foregoing to be true and correct to the best of my knowledge and belief.
_/s/_____JL_____
Jason Leopold

The very purpose of the FOIA is to lessen the public's dependency on official government statements and open the underlying documents to public scrutiny. This is clearly an instance in which expedited processing of a FOIA request is warranted.

Reasonably Foreseeable Harm.  The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall—

(i) withhold information under this section only if—

(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and

(II) take reasonable steps necessary to segregate and release nonexempt information. . . .

DOJ should not fail to comply with this mandatory part of the FOIA as recently amended by Congress. The Agency is required to identify what reasonably foreseeable harm would flow from release of the information withheld, nor did it consider a partial disclosure of the information, taking reasonable steps to segregate and release nonexempt information.

INSTRUCTIONS REGARDING SEARCH (for purposes of this search DHS components" refers to the components within DHS that have been identified as having responsive records)

1.    Instructions Regarding "Leads":
As required by the relevant case law, the DHS components should follow any leads it discovers during the conduct of its searches and perform additional searches when said leads indicate that records may be located in another system. Failure to follow clear leads is a violation of FOIA.

2.    Request for Public Records:
Please search for any records even if they are already publicly available.

3.    Request for Electronic and Paper/Manual Searches:
I request that searches of all electronic and paper/manual indices, filing systems, and locations for any and all records relating or referring to the subject of my request be conducted.

4.    Request for Search of Filing Systems, Indices, and Locations:
I request that the DHS components search all of its offices and components, which are likely to contain responsive records.

5.    Request regarding Photographs and other Visual Materials:
I request that any photographs or other visual materials responsive to my request be released to me in their original or comparable forms, quality, and resolution. For example, if a photograph was taken digitally, or if the DHS components maintain a photograph digitally, I request disclosure of the original digital image file, not a reduced resolution version of that image file nor a printout and scan of that image file. Likewise, if a photograph was originally taken as a color photograph, I request disclosure of that photograph as a color image, not a black and white image. Please contact me for any clarification on this point.

6.    Request for Duplicate Pages:
I request disclosure of any and all supposedly "duplicate" pages. Scholars analyze records not only for the information available on any given page, but also for the relationships between that information and information on pages surrounding it. As such, though certain pages may have been previously released to me, the existence of those pages within new context renders them functionally new pages. As such, the only way to properly analyze released information is to analyze that information within its proper context. Therefore, I request disclosure of all "duplicate" pages.

7.    Request to Search Emails:
Please search for emails relating to the subject matter of my request.

8.    Request for Search of Records Transferred to Other Agencies:
I request that in conducting its search, the DHS components disclose releasable records even if they are available publicly through other sources outside the DHS components, such as NARA.

9.    Regarding Destroyed Records

If any records responsive or potentially responsive to my request have been destroyed, my request includes, but is not limited to, any and all records relating or referring to the destruction of those records. This includes, but is not limited to, any and all records relating or referring to the events leading to the destruction of those records.

INSTRUCTIONS REGARDING SCOPE AND BREADTH OF REQUESTS

Please interpret the scope of this request broadly. The DHS components are instructed to interpret the scope of this request in the most liberal manner possible short of an interpretation that would lead to a conclusion that the request does not reasonably describe the records sought.

FORMAT

I request that any releases stemming from this request be provided to me in digital format (soft-copy) on a compact disk or other like media.

FEE CATEGORY AND REQUEST FOR A FEE WAIVER

I am the senior investigative reporter for BuzzFeed News and formerly senior investigative reporter and on-air correspondent for VICE News. Additionally, my reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America.

I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes.

Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Disclosure in this case meets the statutory criteria, as the records sought to detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public.

If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request.

I will appeal any denial of my request for a waiver administratively and to the courts if necessary.

--

BuzzFeed.News

**Jason Leopold | BuzzFeed News** | Senior Investigative Reporter | (213) 270-4334 | @jasonleopold
6824 Lexington Avenue, Los Angeles, CA 90038
**Signal:** (213) 270-4334 and (646) 379-1975
**Send me documents and tips, anonymously and securely:** tips.buzzfeed.com
My personal PGP
My BuzzFeed PGP fingerprint: 46DB 0712 284B 8C6E 40FF 7A1B D3CD 5720 694B 16F0

 Gmail                                    **Jason Leopold <jasonleopold@gmail.com>**

---

# Request for records under the Freedom of Information Act (expedited processing request)

1 message

---

**Jason Leopold** <jasonleopold@gmail.com>                    Wed, Jan 27, 2021 at 12:21 PM
Reply-To: jasonleopold@gmail.com
To: "FOIArequests, CRT (CRT)" <CRT.FOIArequests@usdoj.gov>

Office of the Solicitor General

Office of the Attorney General

Office of the Deputy Attorney General

Executive Office of US Attorneys

Civil Rights Division/Civil Division

Office of Legal Counsel

Office of Public Affairs

Office of Legal Policy

Office of Legislative Affairs

Criminal Division

National Security Division

This is a request for records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552a. This request should be considered under both statutes to maximize the release of records. This request seeks expedited processing.

REQUESTER INFORMATION
Name: Jason Leopold
Position: Investigative Reporter
Address: 1669 Benedict Canyon Dr., Beverly Hills, CA 90210
Email: jasonleopold@gmail.com

I request disclosure of the following records from the Department of Justice components this request is addressed to:

1. All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, referring or relating to meetings between then- President Trump and then-Acting Attorney General Jeffrey Rosen and follow-up calls and meetings between President Trump and Mr. Rosen between December 15, 2020 and January 19, 2021 mentioning or referring to the 2020 election and the election results in the state of Georgia, Pennsylvania and Arizona and any other state.
2. All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, from former Attorney

General William Barr mentioning or referring to President Trump's attempts to overturn the election results in Georgia, Arizona and Pennsylvania.

3. All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, referring or relating to complaints President Trump made to Justice Department leaders regarding then-U.S. Attorney Byung J. Pak prior to Mr. Pak's resignation.

4. All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, referring or related to a reported draft letter that Jeffrey Bossert Clark prepared and requested be sent to Georgia state legislators; and a copy of Mr. Clark's draft letter.

5. All calendar entries, notes, memos, emails and text messages sent and received, including attachments, by Jeffrey Bossert Clark, between November 1, 2020 and January 20, 2021.

6. All documents and communications, including emails sent and received and attachments, memos, talking points, text messages, and calendar entries, referring or related to a reported January 3, 2021 White House meeting involving Mr. Clark and Mr. Rosen.

7. The call logs and briefing books for the directors of each Department of Justice component this request is addressed. Please limit this search to November 9 through January 20, 2021.

8. All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, from Assistant Attorney General for the Office of Legal Counsel Steven Engel referring or relating to meetings between then- President Trump and then-Acting Attorney General Jeffrey Rosen and discussions between Mr. Rosen and Jeffrey Bossert Clark involving the 2020 election and the election results in Georgia.

9. All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, relating or referring to discussions and plans to install Jeffrey Bossert Clark as Acting Attorney General and discussions documented in any of the above communications mentioning or referring to mass resignations at the Department. The timeframe for this part of the search is November 1, 2020 through January 20, 2021.

10. All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, from Solicitor General Noel Francisco mentioning referring or related to the 2020 election, President Donald Trump's attempts to overturn the results, the election results in Georgia, Pennsylvania and Arizona and the Supreme Court.

Please be sure all email searches includes a search for any emails sent and received from the eop.gov domain.

Details related to the above requests have been reported in The New York Times, The Wall Street Journal and The Washington Post.

EXPEDITED PROCESSING
I ask that my request be given expedited processing because there is an urgency to inform the public about an actual or alleged federal government activity, and I am a person primarily engaged in disseminating information.

As senior investigative reporter at BuzzFeed News, I am a full-time member of the news media. I therefore quality as a person primarily engaged in disseminating information.

An unprecedented crisis is brewing as is the peaceful transfer of power in this country. The president of the United States incited a mob to attack the US capitol building during a protest in Washington, DC on January 6, 2021 where he falsely claimed the 2020 election was stolen from him. Six people were killed in the riots. NOW, it has been revealed that aside from parroting conspiracy theories, former President Donald Trump attempted to use the Department of Justice to overturn the will of the people and the election results in the state of Georgia by orchestrating what can only be described as a coup. According to published news reports, former President Trump intended to install Jeffrey Bossert Clark as acting attorney general who reportedly would have carried out his wishes and attempted to declare Trump as the winner of the election. News reports claimed that this resulted in a hastily arranged meeting at the White House where there were threats of mass resignations.

Former President Trump has already been impeached a second time. The details of these potentially illegal discussions would be relevant to the upcoming Senate trial against the former president and are needed on an expedited basis so that I can inform the public. But aside from that, this reported abuse of power raises crucial questions about the Justice Department's handling of abuses by the former President of the United States.

Additionally, and directly related to this incident, there are new reports that armed militias are planning more violence related to 2020 election. On Wednesday, January 27, 2021, DHS issued a new terrorism bulletin warning for the potential of violence by people who still dispute the results of the election and the presidency of Joseph Biden.

The public needs to know urgently how close Donald Trump came to a coup and how deeply involved the Justice Department was in those efforts.

These records are not being requested for commercial purposes. BuzzFeed News is a global news organization with more than 100 journalists stationed in North America, South America, Europe, Asia and the Pacific. BuzzFeed News has been recognized as a representative of the news media for fee assessment purposes by every federal agency that has received our FOIA requests. Thank you for your consideration of this request.

I certify the foregoing to be true and correct to the best of my knowledge
and belief.
_/s/_____JL_____
Jason Leopold

The very purpose of the FOIA is to lessen the public's dependency on
official government statements and open the underlying documents to public
scrutiny. This is clearly an instance in which expedited processing of a
FOIA request is warranted.

Reasonably Foreseeable Harm.  The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall—

(i) withhold information under this section only if—

(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and

(II) take reasonable steps necessary to segregate and release nonexempt information. . . .

DOJ should not fail to comply with this mandatory part of the FOIA as recently amended by Congress. The Agency is required to identify what reasonably foreseeable harm would flow from release of the information withheld, nor did it consider a partial disclosure of the information, taking reasonable steps to segregate and release nonexempt information.

INSTRUCTIONS REGARDING SEARCH (for purposes of this search DHS components" refers to the components within DHS that have been identified as having responsive records)

1.      Instructions Regarding "Leads":
As required by the relevant case law, the DHS components should follow any leads it discovers during the conduct of its searches and perform additional searches when said leads indicate that records may be located in another system.  Failure to follow clear leads is a violation of FOIA.

2.      Request for Public Records:
Please search for any records even if they are already publicly available.

3.      Request for Electronic and Paper/Manual Searches:
I request that searches of all electronic and paper/manual indices, filing systems, and locations for any and all records relating or referring to the subject of my request be conducted.

4.      Request for Search of Filing Systems, Indices, and Locations:
I request that the DHS components search all of its offices and components, which are likely to contain responsive records.

5.      Request regarding Photographs and other Visual Materials:
I request that any photographs or other visual materials responsive to my request be released to me in their original or comparable forms, quality, and resolution. For example, if a photograph was taken digitally, or if the DHS components maintain a photograph digitally, I request disclosure of the original digital image file, not a reduced resolution version of that image file nor a printout and scan of that image file. Likewise, if a photograph was originally taken as a color photograph, I request disclosure of that photograph as a color image, not a black and white image. Please contact me for any clarification on this point.

6.      Request for Duplicate Pages:
I request disclosure of any and all supposedly "duplicate" pages. Scholars analyze records not only for the information available on any given page, but also for the relationships between that information and information on pages surrounding it. As such, though certain pages may have been previously released to me, the existence of those pages within new context renders them functionally new pages. As such, the only way to properly analyze released information is to analyze that information within its proper

context. Therefore, I request disclosure of all "duplicate" pages.

7.     Request to Search Emails:
Please search for emails relating to the subject matter of my request.

8.     Request for Search of Records Transferred to Other Agencies:
I request that in conducting its search, the DHS components disclose releasable records even if they are available publicly through other sources outside the DHS components, such as NARA.

9.     Regarding Destroyed Records
If any records responsive or potentially responsive to my request have been destroyed, my request includes, but is not limited to, any and all records relating or referring to the destruction of those records. This includes, but is not limited to, any and all records relating or referring to the events leading to the destruction of those records.

INSTRUCTIONS REGARDING SCOPE AND BREADTH OF REQUESTS
Please interpret the scope of this request broadly. The DHS components are instructed to interpret the scope of this request in the most liberal manner possible short of an interpretation that would lead to a conclusion that the request does not reasonably describe the records sought.

FORMAT

I request that any releases stemming from this request be provided to me in digital format (soft-copy) on a compact disk or other like media.

FEE CATEGORY AND REQUEST FOR A FEE WAIVER

I am the senior investigative reporter for BuzzFeed News and formerly senior investigative reporter and on-air correspondent for VICE News. Additionally, my reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America.

I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes.

Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Disclosure in this case meets the statutory criteria, as the records sought to detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public.

If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request.

I will appeal any denial of my request for a waiver administratively and to the courts if necessary.

--

# BuzzFeed.News

**Jason Leopold** | **BuzzFeed News** | Senior Investigative Reporter
| (213) 270-4334 | @jasonleopold
6824 Lexington Avenue, Los Angeles, CA 90038
**Signal**: (213) 270-4334 and (646) 379-1975
**Send me documents and tips, anonymously and
securely**: tips.buzzfeed.com
My personal PGP
My BuzzFeed PGP fingerprint: 46DB 0712 284B 8C6E 40FF
7A1B D3CD 5720 694B 16F0



👤 My Account    ➡ Sign Out    ❓ Help

HOME    TRACKING INBOX

Tracking Inbox  »  Request                                                              Assignr

## FOIA-2021-00660
Requester: Leopold, Jason

Status: In Progress

**Request**

### Request Information

| | | | |
|---|---|---|---|
| Request Type | Request | Agency | OIP |
| Request Date | 01/27/2021 | Document Delivery Method | Email |

### Requester Information

| | | | |
|---|---|---|---|
| Salutation | Mr. | Address Type | Home |
| First Name | Jason | Country | |
| Middle Name | | Address Line 1 | 1669 Benedict Canyon Drive |
| Last Name | Leopold | Address Line 2 | |
| Email Address | jasonleopold@gmail.com | City | Beverly Hills |
| Organization | BuzzFeed News | State | California |
| Register Number | | Zip/Postal Code | 90210 |
| Phone Number | 2132704334 | | |
| Fax Number | | | |
| Other Information | | | |

### Description of Request

| | |
|---|---|
| Description | Please see attachment |
| File Type 1 | |
| File 1 | TRUMP DOJ COUP.docx |
| File Type 2 | |
| File 2 | |
| File Type 3 | |
| File 3 | |

### Expedited Processing Information

| | | | |
|---|---|---|---|
| Expedited Processing Requested? | Yes | Expedited Justification | Please see attachment |
| Expedited Processing Request Date | 01/27/2021 | | |
| Standards for Expedition | 2. An urgency to inform the public about an actual or alleged Federal Government activity, if made by a person who is primarily engaged in disseminating information. 4. A matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity that affect public confidence. | | |

### Fee Information

*Exhibit 2*

January 27, 2021


Office of the Solicitor General

Office of the Attorney General

Office of the Deputy Attorney General

Executive Office of US Attorneys

Civil Rights Division/Civil Division

Office of Legal Counsel

Office of Public Affairs

Office of Legal Policy

Office of Legislative Affairs

Criminal Division

National Security Division

This is a request for records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552a. This request should be considered under both statutes to maximize the release of records. This request seeks expedited processing.

REQUESTER INFORMATION
Name: Jason Leopold
Position: Investigative Reporter

Address: 1669 Benedict Canyon Dr., Beverly Hills, CA 90210
Email: jasonleopold@gmail.com

I request disclosure of the following records from the Department of
Justice components this request is addressed to:

1. All documents and communications, including emails sent and
   received and any attachments, text messages, directives,
   memos, talking points, notes, and calendar entries, referring or
   relating to meetings between then- President Trump and then-
   Acting Attorney General Jeffrey Rosen and follow-up calls and
   meetings between President Trump and Mr. Rosen between
   December 15, 2020 and January 19, 2021 mentioning or
   referring to the 2020 election and the election results in the
   state of Georgia, Pennsylvania and Arizona and any other state.
2. All documents and communications, including emails sent and
   received and any attachments, text messages, directives,
   memos, talking points, notes, and calendar entries, from
   former Attorney General William Barr mentioning or referring
   to President Trump's attempts to overturn the election results
   in Georgia, Arizona and Pennsylvania.
3. All documents and communications, including emails sent and
   received and any attachments, text messages, directives,
   memos, talking points, notes, and calendar entries, referring or
   relating to complaints President Trump made to Justice
   Department leaders regarding then-U.S. Attorney Byung J. Pak
   prior to Mr. Pak's resignation.
4. All documents and communications, including emails sent and
   received and any attachments, text messages, directives,
   memos, talking points, notes, and calendar entries, referring or
   related to a reported draft letter that Jeffrey Bossert Clark
   prepared and requested be sent to Georgia state legislators;
   and a copy of Mr. Clark's draft letter.

5. All calendar entries, notes, memos, emails and text messages sent and received, including attachments, by Jeffrey Bossert Clark, between November 1, 2020 and January 20, 2021.

6. All documents and communications, including emails sent and received and attachments, memos, talking points, text messages, and calendar entries, referring or related to a reported January 3, 2021 White House meeting involving Mr. Clark and Mr. Rosen.

7. The call logs and briefing books for the directors of each Department of Justice component this request is addressed. Please limit this search to November 9 through January 20, 2021.

8. All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, from Assistant Attorney General for the Office of Legal Counsel Steven Engel referring or relating to meetings between then-President Trump and then-Acting Attorney General Jeffrey Rosen and discussions between Mr. Rosen and Jeffrey Bossert Clark involving the 2020 election and the election results in Georgia.

9. All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, relating or referring to discussions and plans to install Jeffrey Bossert Clark as Acting Attorney General and discussions documented in any of the above communications mentioning or referring to mass resignations at the Department. The timeframe for this part of the search is November 1, 2020 through January 20, 2021.

10. All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, from Solicitor General Noel Francisco mentioning referring or related

to the 2020 election, President Donald Trump's attempts to overturn the results, the election results in Georgia, Pennsylvania and Arizona and the Supreme Court.

Please be sure all emails includes a search for any emails sent and received from the eop.gov domain.

Details related to the above requests have been reported in The New York Times, The Wall Street Journal and The Washington Post.

EXPEDITED PROCESSING

I ask that my request be given expedited processing because there is an urgency to inform the public about an actual or alleged federal government activity, and I am a person primarily engaged in disseminating information.

As senior investigative reporter at BuzzFeed News, I am a full-time member of the news media. I therefore quality as a person primarily engaged in disseminating information.

An unprecedented crisis is brewing as is the peaceful transfer of power in this country. The president of the United States incited a mob to attack the US capitol building during a protest in Washington, DC on January 6, 2021 where he falsely claimed the 2020 election was stolen from him. Six people were killed in the riots. NOW, it has been revealed that aside from parroting conspiracy theories, former President Donald Trump attempted to use the Department of Justice to overturn the will of the people and the election results in the state of Georgia by orchestrating what can only be described as a coup. According to published news reports, former President Trump intended to install Jeffrey Bossert Clark as acting attorney general who reportedly would have carried out his wishes and attempted to declare Trump as the

winner of the election. News reports claimed that this resulted in a hastily arranged meeting at the White House where there were threats of mass resignations.

Former President Trump has already been impeached a second time. The details of these potentially illegal discussions would be relevant to the upcoming Senate trial against the former president and are needed on an expedited basis so that I can inform the public. But aside from that, this reported abuse of power raises crucial questions about the Justice Department's handling of abuses by the former President of the United States.

Additionally, and directly related to this incident, there are new reports that armed militias are planning more violence related to 2020 election. On Wednesday, January 27, 2021, DHS issued a new terrorism bulletin warning for the potential of violence by people who still dispute the results of the election and the presidency of Joseph Biden.

The public needs to know urgently how close Donald Trump came to a coup and how deeply involved the Justice Department was in those efforts.

These records are not being requested for commercial purposes. BuzzFeed News is a global news organization with more than 100 journalists stationed in North America, South America, Europe, Asia and the Pacific. BuzzFeed News has been recognized as a representative of the news media for fee assessment purposes by every federal agency that has received our FOIA requests. Thank you for your consideration of this request.

I certify the foregoing to be true and correct to the best of my knowledge
and belief.

_/s/_____JL_____
Jason Leopold

The very purpose of the FOIA is to lessen the public's dependency on
official government statements and open the underlying documents to
public
scrutiny. This is clearly an instance in which expedited processing of a
FOIA request is warranted.

Reasonably Foreseeable Harm.  The FOIA Improvement Act of 2016
amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall—

(i) withhold information under this section only if—

(I) the agency reasonably foresees that disclosure would harm an
interest protected by an exemption described in subsection (b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is possible
whenever the agency determines that a full disclosure of a requested
record is not possible; and

(II) take reasonable steps necessary to segregate and release
nonexempt information. . . .

DOJ should not fail to comply with this mandatory part of the FOIA as
recently amended by Congress. The Agency is required to identify what
reasonably foreseeable harm would flow from release of the
information withheld, nor did it consider a partial disclosure of the
information, taking reasonable steps to segregate and release

nonexempt information.

INSTRUCTIONS REGARDING SEARCH (for purposes of this search DHS components" refers to the components within DHS that have been identified as having responsive records)

1.    Instructions Regarding "Leads":
As required by the relevant case law, the DHS components should follow any leads it discovers during the conduct of its searches and perform additional searches when said leads indicate that records may be located in another system.  Failure to follow clear leads is a violation of FOIA.

2.    Request for Public Records:
Please search for any records even if they are already publicly available.

3.    Request for Electronic and Paper/Manual Searches:
I request that searches of all electronic and paper/manual indices, filing systems, and locations for any and all records relating or referring to the subject of my request be conducted.

4.    Request for Search of Filing Systems, Indices, and Locations:
I request that the DHS components search all of its offices and components, which are likely to contain responsive records.
5.    Request regarding Photographs and other Visual Materials:
I request that any photographs or other visual materials responsive to my request be released to me in their original or comparable forms, quality, and resolution. For example, if a photograph was taken digitally, or if the DHS components maintain a photograph digitally, I request disclosure of the original digital image file, not a reduced resolution version of that image file nor a printout and scan of that image file. Likewise, if a photograph was originally taken as a color photograph, I request disclosure of that photograph as a color image,

not a black and white image. Please contact me for any clarification on this point.

6.     Request for Duplicate Pages:
I request disclosure of any and all supposedly "duplicate" pages. Scholars analyze records not only for the information available on any given page, but also for the relationships between that information and information on pages surrounding it. As such, though certain pages may have been previously released to me, the existence of those pages within new context renders them functionally new pages. As such, the only way to properly analyze released information is to analyze that information within its proper context. Therefore, I request disclosure of all "duplicate" pages.

7.     Request to Search Emails:
Please search for emails relating to the subject matter of my request.

8.     Request for Search of Records Transferred to Other Agencies:
I request that in conducting its search, the DHS components disclose releasable records even if they are available publicly through other sources outside the DHS components, such as NARA.

9.     Regarding Destroyed Records
If any records responsive or potentially responsive to my request have been destroyed, my request includes, but is not limited to, any and all records relating or referring to the destruction of those records. This includes, but is not limited to, any and all records relating or referring to the events leading to the destruction of those records.

INSTRUCTIONS REGARDING SCOPE AND BREADTH OF REQUESTS
Please interpret the scope of this request broadly. The DHS components are instructed to interpret the scope of this request in the most liberal manner possible short of an interpretation that would lead to a conclusion that the request does not reasonably describe the

records sought.

FORMAT

I request that any releases stemming from this request be provided to me in digital format (soft-copy) on a compact disk or other like media.

FEE CATEGORY AND REQUEST FOR A FEE WAIVER

I am the senior investigative reporter for BuzzFeed News and formerly senior investigative reporter and on-air correspondent for VICE News. Additionally, my reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America.

I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes.

Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Disclosure in this case meets the statutory criteria, as the records sought to detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public.

If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA

request.

I will appeal any denial of my request for a waiver administratively and to the courts if necessary.



**U.S. Department of Justice**

Civil Division

_____

*Washington, DC 20530*

Via Email                                         January 27, 2021

Mr. Jason Leopold                        Request No.    145-FOI-17597
Senior Investigative Reporter                        HDK
BuzzFeed News
1669 Benedict Canyon Drive
Beverly Hills, CA  90210
jasonleopold@gmail.com

Dear Mr. Leopold:

    This letter acknowledges that on January 27, 2021, the Civil Division received your
Freedom of Information Act (FOIA) request for the following:
1) All documents and communications, including emails sent and received and any attachments,
text messages, directives, memos, talking points, notes, and calendar entries, referring or relating
to meetings between then- President Trump and then-Acting Attorney General Jeffrey Rosen and
follow-up calls and meetings between President Trump and Mr. Rosen between December 15,
2020 and January 19, 2021 mentioning or referring to the 2020 election and the election results
in the state of Georgia, Pennsylvania and Arizona and any other state;
2) All documents and communications, including emails sent and received and any attachments,
text messages, directives, memos, talking points, notes, and calendar entries, from former
Attorney General William Barr mentioning or referring to President Trump's attempts to
overturn the election results in Georgia, Arizona and Pennsylvania;
3) All documents and communications, including emails sent and received and any attachments,
text messages, directives, memos, talking points, notes, and calendar entries, referring or relating
to complaints President Trump made to Justice Department leaders regarding then-U.S. Attorney
Byung J. Pak prior to Mr. Pak's resignation;
4) All documents and communications, including emails sent and received and any attachments,
text messages, directives, memos, talking points, notes, and calendar entries, referring or related
to a reported draft letter that Jeffrey Bossert Clark prepared and requested be sent to Georgia
state legislators; and a copy of Mr. Clark's draft letter;
5)  All calendar entries, notes, memos, emails and text messages sent and received, including
attachments, by Jeffrey Bossert Clark, between November 1, 2020 and January 20, 2021;
6) All documents and communications, including emails sent and received and attachments,
memos, talking points, text messages, and calendar entries, referring or related to a reported
January 3, 2021 White House meeting involving Mr. Clark and Mr. Rosen;
7) The call logs and briefing books for the directors of each Department of Justice component

Exhibit 3

this request is addressed. Please limit this search to November 9 through January 20, 2021;

8) All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, from Assistant Attorney General for the Office of Legal Counsel Steven Engel referring or relating to meetings between then- President Trump and then-Acting Attorney General Jeffrey Rosen and discussions between Mr. Rosen and Jeffrey Bossert Clark involving the 2020 election and the election results in Georgia;

9) All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, relating or referring to discussions and plans to install Jeffrey Bossert Clark as Acting Attorney General and discussions documented in any of the above communications mentioning or referring to mass resignations at the Department. The timeframe for this part of the search is November 1, 2020 through January 20, 2021;

10) All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, from Solicitor General Noel Francisco mentioning referring or related to the 2020 election, President Donald Trump's attempts to overturn the results, the election results in Georgia, Pennsylvania and Arizona and the Supreme Court.

In your request letter, you request expedited treatment pursuant to the second standard enumerated in the Department of Justice's regulations. Expedited treatment pursuant to the first standard will be granted where not doing so "could reasonably be expected to pose an imminent threat to the life or physical safety of an individual." 5 U.S.C. § 552(a)(6)(E)(v)(I). See also 28 C.F.R. § 16.5(e)(1)(i) (2019). Under the second standard, you must show that there is "[a]n urgency to inform the public about an actual or alleged Federal Government activity, if made by a person primarily engaged in disseminating information." 5 U.S.C. § 552(a)(6)(E)(v)(II). See also 28 C.F.R. § 16.5(e)(1)(ii) (2019). Under the third standard, you must show that the request involves "[t]he loss of substantial due process rights." 28 C.F.R. § 16.5(e)(1)(iii) (2019). Under the fourth standard, you must show that the subject matter of your request is a "matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence." Id. at § 16.5(e)(1)(iv). This Office makes determinations regarding the first three standards, while the Department's Director of Public Affairs makes determinations regarding the fourth standard. See id. at § 16.5(e)(2).

Based on the information you have provided, I have determined that your request for expedited processing should be granted. Accordingly, your request has been assigned to a Government Information Specialist in this Office and records searches have been initiated. We will respond to your request as soon as practicable.

Provisions of the FOIA allow us to recover part of the cost of complying with your request. We have determined that you are making this request as a "representative of the news media" as described in Department of Justice regulation 28 C.F.R. § 16.10(b)(6). As such, we are required to assess fees for any applicable duplication or direct costs for processing your request. See id. § 16.10(c). You may review the Department of Justice regulations which establish the fees charged for processing FOIA requests at https://www.gpo.gov/fdsys/pkg/CFR-2017-title28-vol1/pdf/CFR-2017-title28-vol1-sec16-10.pdf.

If you disagree with this determination, you are welcome to provide any additional information that would demonstrate that you should not be considered a representative of the news media.

We have not yet made a decision on your request for a fee waiver.  We will do so after we determine whether the processing of your request will result in any assessable fees.

I regret the necessity of this delay, but I assure you that your request will be processed as soon as possible.  If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact me at 202-514-2319 or you may write to me at the FOIA, Records, and E-Discovery Office, Civil Division, Department of Justice, Room 8302, 1100 L Street NW, Washington, DC 20530.  Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Hirsh D. Kravitz
Senior Supervisory FOIA Counsel
Office of FOIA, Records, and E-discovery



**U.S. Department of Justice**
Environment and Natural Resources Division

236380-4-1-21-05474

*Law and Policy Section*                                                    *Telephone (202) 514-1442*
*P.O. Box 7415*
*Ben Franklin Station*
*Washington, DC  20044-7415*

February 3, 2021

**VIA E-MAIL**

Jason Leopold
Investigative Reporter
1669 Benedict Canyon Drive
Beverly Hills, CA  90210
(213) 270-4334
jasonleopold@gmail.com

FOIA No.: 2021-05474

Dear Mr. Leopold:

On January 27, 2021, the Environment and Natural Resources Division (ENRD) received your ten-part Freedom of Information Act (FOIA) request seeking:

1.  All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, referring or relating to meetings between then- President Trump and then-Acting Attorney General Jeffrey Rosen and follow-up calls and meetings between President Trump and Mr. Rosen between December 15, 2020 and January 19, 2021 mentioning or referring to the 2020 election and the election results in the state of Georgia, Pennsylvania and Arizona and any other state.

2.  All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, from former Attorney General William Barr mentioning or referring to President Trump's attempts to overturn the election results in Georgia, Arizona and Pennsylvania.

3.  All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, referring or relating to complaints President Trump made to Justice Department leaders regarding then-U.S. Attorney Byung J. Pak prior to Mr. Pak's resignation.

4.  All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries,

Exhibit 4

referring or related to a reported draft letter that Jeffrey Bossert Clark prepared and requested be sent to Georgia state legislators; and a copy of Mr. Clark's draft letter.

5. All calendar entries, notes, memos, emails and text messages sent and received, including attachments, by Jeffrey Bossert Clark, between November 1, 2020 and January 20, 2021.

6. All documents and communications, including emails sent and received and attachments, memos, talking points, text messages, and calendar entries, referring or related to a reported January 3, 2021 White House meeting involving Mr. Clark and Mr. Rosen.

7. The call logs and briefing books for the directors of each Department of Justice component this request is addressed. Please limit this search to November 9 through January 20, 2021.

8. All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, from Assistant Attorney General for the Office of Legal Counsel Steven Engel referring or relating to meetings between then- President Trump and then-Acting Attorney General Jeffrey Rosen and discussions between Mr. Rosen and Jeffrey Bossert Clark involving the 2020 election and the election results in Georgia.

9. All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, relating or referring to discussions and plans to install Jeffrey Bossert Clark as Acting Attorney General and discussions documented in any of the above communications mentioning or referring to mass resignations at the Department. The timeframe for this part of the search is November 1, 2020 through January 20, 2021.

10. All documents and communications, including emails sent and received and any attachments, text messages, directives, memos, talking points, notes, and calendar entries, from Solicitor General Noel Francisco mentioning referring or related to the 2020 election, President Donald Trump's attempts to overturn the results, the election results in Georgia, Pennsylvania and Arizona and the Supreme Court.

We understand that you are requesting a fee waiver associated with the processing of your FOIA request, which we grant.  You are also requesting expedited processing of your request, which we grant.

ENRD may be in possession of a voluminous amount of potentially responsive documents that will need to be specifically searched for, collected, and appropriately examined. Our response to your requests might also require a consultation with another agency or other components.  Due to these "unusual circumstances" as defined in 5 U.S.C. § 552(a)(6)(B)(iii), ENRD may be unable to process your requests within the 20 business-day time limit specified in 5 U.S.C. § 552(a)(6)(A).  We do not have an estimated completion date for your requests, but anticipate that we could require more than ten additional working days.

Department personnel are available to assist you in further narrowing the scope of your request so that it may be processed within the specified time limits or in arranging with you an alternative time frame for processing your request or a modified request.  Please contact Laurie

Dubriel of this office at (202) 616-7349 if you would like to discuss these options.  In addition, ENRD's FOIA Public Liaison, Amber Blaha, is available at (202) 616-5515.  You may also contact the Office of Government Information Services at (202) 741-5770 or toll-free at 1-877-684-6448 to inquire about the FOIA dispute resolution services they offer.

Sincerely,

/s/ *Charles Smiroldo*

Charles Smiroldo
ENRD FOIA Coordinator



**U.S. Department of Justice**

Office of Information Policy

*Sixth Floor*
*441 G Street, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

February 3, 2021

Jason Leopold
Investigative Reporter
Buzzfeed News
1669 Benedict Canyon Drive
Beverly Hills, CA  90210
jasonleopold@gmail.com

Re:    FOIA-2021-00660
        DRH:MSH

Dear Jason Leopold:

This is to acknowledge receipt of your Freedom of Information Act (FOIA) request received in this Office on January 27, 2021, in which you requested records of the Office of the Attorney General, Office of the Deputy Attorney General, Office of Public Affairs, Office of Legal Policy, and Office of Legislative Affairs concerning attempts by former President Donald Trump to overturn the results of the 2020 presidential election.

You have requested expedited processing of your request pursuant to the Department's standard permitting expedition for requests involving "[a]n urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information."  See C.F.R. § 16.5(d)(ii) (2018).  I have determined that your request for expedited processing should be granted.  Accordingly, your request has been assigned to an analyst in this Office, and our processing of it has been initiated.

Although your request has been granted expedited processing, we are required to advise you that the records you seek require a search in and/or consultation with another Office, and so your request falls within "unusual circumstances."  See 5 U.S.C. 552 § (a)(6)(B)(i)-(iii) (2018).  Accordingly, we have not yet completed a search to determine whether there are records within the scope of your request.  The time needed to process your request will necessarily depend on the complexity of our records search and on the volume and complexity of any records located.  Any decision with regard to the application of fees will be made only after we determine whether fees will be implicated for this request.  Your request has been assigned to the expedited track and will be processed as soon as practicable.

Insomuch as you also appear be seeking records from the Office of the Solicitor General, Executive Office for United States Attorneys, Civil Rights Division, Civil Division, Office of Legal Counsel, Criminal Division, and National Security Division, you should submit a copy of your request to those Department components directly, if you have not already done so.  Contact information for those Department components can be found on www.foia.gov.

Exhibit 5

-2-

If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact the analyst handing your request, Monique Hill, by telephone at the above number or you may write to her at the above address.  You may also contact our FOIA Public Liaison, Valeree Villanueva, for any further assistance and to discuss any aspect of your request at: Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001; telephone at 202-514-3642.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Douglas R. Hibbard
Chief, Initial Request Staff



**U.S. Department of Justice**

Criminal Division

---

*Office of Enforcement Operations*                    *Washington, D.C. 20530*

**VIA Electronic Mail**                    February 5, 2021

                    Request No. CRM-301617456

Mr. Jason Leopold                    Subject: Various records regarding the 2020
Buzz Feed News                                    Presidential election, including attempts
1669 Benedict Canyon Dr.                    to overturn the election results and
Beverly Hills, CA  90210                    various meetings with government
jasonleopold@gmail.com                    officials and the President

Dear Mr. Leopold:

        This acknowledges receipt of your Freedom of Information Act request dated January 27, 2021 seeking records maintained by the Criminal Division. Your request was received in this Office on January 27, 2021. The request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request.

☒ Your request has been received by the Freedom of Information Act/Privacy Act Unit and we are searching the section(s) most likely to maintain responsive records.

☒ Because your request presents "unusual circumstances" (See 5 U.S.C. § 552(a)(6)(B)(i)-(iii)), we are extending the time limit to respond to your request an additional ten days as provided by the statute.

☐ We have not yet made a decision on your request for a fee waiver. We will do so after we determine whether the processing of your request will result in any assessable fees.

☐ We have not yet made a decision on your request for preferred fee status. We will do so after we determine whether the processing of your request will result in any assessable fees.

☒ Your request for expedited treatment has been:

        ☒ Granted. Accordingly, your request has been assigned to a Government Information Specialist in this Office and we will respond to your request as soon as practicable.

        ☐ Denied. You have not established that your request fits within any of the four U.S.

Exhibit 6

Department of Justice standards for expedited treatment. If you are not satisfied with the Criminal Division's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account on the following website: https://foiastar.doj.gov.  Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Please be advised that due to necessary operational changes as a result of the national emergency concerning the novel coronavirus disease (COVID-19) outbreak, there may be some delay in the processing of your request. I regret the necessity of this delay, but I assure you that your request will be processed as soon as possible. If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact me by telephone at (202) 616-0307, by email at crm.foia@usdoj.gov, or by mail at the Criminal Division, U.S. Department of Justice, Room 803, Keeney Building, NW, Washington, DC 20530-0001.

You may contact our FOIA Public Liaison at the telephone number listed above for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

FOIA/PA Unit
Criminal Division
U.S. Department of Justice

**U.S. Department of Justice**

Office of Legal Counsel

_____

*Washington, D.C.  20530*

February 5, 2021

Jason Leopold
Investigative Reporter
BuzzFeed News
jasonleopold@gmail.com

      **Re:**    **FOIA Tracking No. FY21-084**

Dear Mr. Leopold:

      This letter acknowledges receipt of your January 27, 2021 Freedom of Information Act ("FOIA") request to the Office of Legal Counsel ("OLC"), among others, in which you sought "[t]he call logs and briefing books for [Seven Engel] . . . . [from] November 9 through January 20, 2021" and nine categories of records regarding "President Trump's attempts to overturn the election results."  We received your request on January 27, 2021, and it has been assigned tracking number **FY21-084.**

      Your request for expedited processing has been granted and your request has been assigned to the "expedited" processing track.  Because of the considerable number of FOIA requests received by OLC prior to your request, including other previously expedited requests, we likely will be unable to comply with the twenty-day statutory deadline for responding to your request.  Please also be advised that due to necessary operational changes as a result of the national emergency concerning the novel coronavirus disease (COVID-19) outbreak, there may be some additional delay in the processing of your request.  I regret the necessity of this delay, but I assure you that your request will be processed as soon as practicable.

      We have not yet made a decision on your request for a fee waiver of search and duplication fees.  We will do so after we determine whether fees will be assessed for this request.

      In the meantime, if you have any questions or wish to discuss your request, you may contact Melissa Golden, OLC's FOIA Public Liaison, at usdoj-officeoflegalcounsel@usdoj.gov, (202) 514-2053, or at Office of Legal Counsel, United States Department of Justice, 950 Pennsylvania Ave., N.W., Room 5511, Washington, DC 20530.

            Sincerely,

            Jared Kaprove
            FOIA and Records Management Attorney

Exhibit 7