UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE<br><br>　　　　Defendant. | Civil Action No. 1:21-cv-786-CRC |

**JOINT STATUS REPORT**

Pursuant to this Court's order of August 18, Plaintiffs Jason Leopold and Buzzfeed Inc. and Defendant U.S. Department of Justice, through their respective counsel, hereby file this joint status report:

1.　　This case arises under the Freedom of Information Act ("FOIA") and concerns FOIA requests submitted by Plaintiff Leopold to thirteen components of the U.S. Department of Justice. Those components are the Office of the Attorney General, Office of the Deputy Attorney General, Office of Legal Policy, Office of Legislative Affairs, Office of Public Affairs, Office of Legal Counsel, Office of the Solicitor General, Criminal Division, Civil Division, National Security Division, Civil Rights Division, Environment and Natural Resources Division, and Executive Office for U.S. Attorneys. The requests seek a variety of records from those Department of Justice components. *See* Compl. ¶ 6. Plaintiffs filed their Complaint on March 24, 2021, and Defendant filed its Answer on May 3. The parties filed a Joint Status Report on August 16 proposing that they file a Joint Status Report on or before September 30 to "update the Court on the status of the case and to propose a processing schedule, if appropriate at that time." Joint Status

1

Report, ECF No. 11 at 2. This Court ordered the parties to "file a further Joint Status Report on or before September 30, 2021." Minute Order (August 18, 2021).

2. The parties have continued to confer regarding the status of the FOIA requests in this case. The Department recently proposed a narrowing of the scope of the request with respect to all of the components, which Plaintiffs are considering. In the meantime, the relevant DOJ components are continuing to process the requests, for which the respective statuses are laid out below.

3. The requests for the Office of the Attorney General, the Office of the Deputy Attorney General, the Office of Legal Policy, the Office of Legislative Affairs, and the Office of Public Affairs are all being processed through the Office of Information Policy (OIP). OIP has completed running its searches and has identified approximately 45,200 potentially responsive documents and approximately 95,500 potentially responsive items requiring review for responsiveness. "Documents" include individual emails and calendar items, while "items" additionally include attachments to emails. If the parties do not agree to a proposal that narrows the scope of the request, OIP anticipates that it would require several months to complete its initial responsiveness review and deduplication process before it begins processing any material initially determined to be responsive.

4. The Office of Legal Counsel has completed its searches and its initial responsiveness review, and OLC has identified several hundred potentially responsive records. The Office of Legal Counsel will begin processing those results and anticipates beginning rolling productions of responsive records in October or November.

5. The Office of the Solicitor General has already issued a determination on the FOIA request since the filing of this lawsuit.

6. The Criminal Division is still conducting its searches for responsive records, which has been delayed by the Division's transition to a new software program for running searches. The Criminal Division anticipated that it will complete the searches for responsive records within sixty days.

7. The Civil Division has completed searching for responsive records and reviewing those records for production, and those records are now awaiting Department of Justice internal review.

8. The National Security Division has completed its search and has identified a small number of potentially responsive records that it is processing for release. The National Security Division anticipates making a production by October 8.

9. The Civil Rights Division completed its searches for potentially responsive records and identified 11,752 potentially responsive records. The Civil Rights Division has reviewed 1,171 documents for responsiveness so far and has not identified any responsive records.

10. The Environment and Natural Resources Division has completed its search for responsive records and its initial review of those responsive records, and the Division has sent records to other offices for consultation. The Division made its first production of responsive records on June 21, 2021. On September 30, Plaintiffs agreed to narrow the scope of the request with respect to the Environment and Natural Resources Division. Further productions are anticipated, and the parties will confer further regarding the timing of those productions.

11. The Executive Office for United States Attorneys is still conducting its searches for responsive records. An initial search located no responsive records, and the Office is conducting additional searches to confirm that result.

12. The parties propose filing a status report on or before November 15, 2021, to update the Court on the status of the case and to propose a processing schedule, if appropriate at that time.

Dated: September 30, 2021   Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch

*/s/ Jordan L. Von Bokern*
JORDAN L. VON BOKERN (D.C. Bar No. 1032962)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St. NW
Washington, DC 20005
Phone:   (202) 305-7919
Fax:        (202) 616-8460
E-mail:   Jordan.L.Von.Bokern2@usdoj.gov

*Attorneys for Defendant*

*/s/ Matthew V. Topic*
Attorney for Plaintiffs
JASON LEOPOLD,
BUZZFEED INC.

Matthew Topic, D.C. Bar No. IL 0037
Joshua Burday, D.C. Bar No. IL 0042
Merrick Wayne, D.C. Bar No. IL 0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com