UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>  Defendant. | Civil Action No. 1:21-cv-786-CRC |

## JOINT STATUS REPORT

The parties to this Freedom of Information Act ("FOIA") matter respectfully submit the following Joint Status Report in response to this Court's November 15, 2023, Minute Order.

1. Relevant background to this case is provided in the parties' prior joint status reports and is incorporated here by reference. *See* ECF Nos. 15, 19, 21–25, 27, 28, 30, 32, 33.

2. The parties have conferred via email regarding the status of Plaintiffs' requests, and hereby state as follows:

  a. The following components have provided a final response to Plaintiffs: the Office of the Solicitor General; the Civil Rights Division; the National Security Division; the Criminal Division, and the Environmental and Natural Resources Division.

  b. The requests to the Office of the Attorney General, the Office of the Deputy Attorney General, the Office of Legal Policy, the Office of Legislative Affairs, and the Office of Public Affairs are all being processed through the Office of Information Policy ("OIP"). As previously reported, OIP completed the initial processing of the material it determined to be potentially responsive, as well as the initial processing of referrals it received from other components, and has circulated that material requiring consultation to other Executive Branch

Case entities, as necessary. OIP will provide its response on the material it located in its search, as well as on the material referred to it by other components, once the consultation processes are complete. OIP anticipates that it will provide its response as it relates to the material located in its search, as well as material referred to it by ENRD, within approximately one week.

        c.        The Office of Legal Counsel ("OLC") reports that it has completed its searches, its initial responsiveness review, and its initial processing of the potentially responsive records. OLC has made five interim responses to Plaintiffs. OLC reports that the remaining potentially responsive records require consultation with other components and are at various stages in that consultation process. Accordingly, OLC reports that it cannot provide an exact date by which its response will be complete.

        d.        As the Civil Division ("CIV") has reported, *see, e.g.*, ECF Nos. 19, 27, 28, 30, and 33, after completing processing of the request based on the original search, CIV made the determination to conduct a supplemental search. CIV reports that, as a result of an initial review of the results of that supplemental search, CIV identified for review approximately 300 pages of emails, not counting their attachments. CIV reports that it is continuing to review those pages for responsiveness and for processing. CIV reports that some of these records require consultation with other components and offices and, accordingly, CIV reports that it cannot provide an exact date by which its response will be complete, but CIV reports that it expects to send the records for consultation by January 26, 2024. CIV also expects to issue an interim response on certain records not requiring outside consultation by February 23, 2024.

        e.        The Executive Office for United States Attorneys ("EOUSA") has completed its searches in response to the FOIA request and has located roughly 10 GB of potentially responsive records. On January 31, February 25, March 28, April 27, May 31, June

30, July 25, August 30, September 30, October 26, November 23 and December 21, 2022, and February 21, March 15, April 21, May 31, June 29, July 27, and September 1, 2023, EOUSA issued interim responses to the requester, reporting that EOUSA had reviewed approximately 20,800 pages of the potentially responsive records identified and had determined that none was responsive to the request. Following the joint status report filed on September 15, 2023, the parties reached an agreement on how to narrow the scope of documents that EOUSA is set to review for responsiveness. Although EOUSA is waiting for certain of those documents to be transferred to a review platform, EOUSA reports that it will resume processing this month and expects to provide an interim response to the Plaintiffs in February 2024.

3. The parties propose filing a status report on or before April 19, 2024, to update the Court on the status of the case and to propose a processing schedule, if appropriate at that time.

Dated: January 19, 2024                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch

By: */s/ James C. McGlinchy*
James C. McGlinchy (D.C. Bar No. 241321)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Telephone: (202) 305-0593
Facsimile: (202) 616-8460
Email: james.c.mcglinchy@usdoj.gov

*Counsel for Defendant*

By: */s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058

Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

*Counsel for Plaintiffs*